|  |  |  |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| COREY SMITH, § |
| § |
| Plaintiff, § |
| § |
| versus § CIVIL ACTION NO. 1:14-CV-143 |
| § |
| R.W. RIVERA, § |
| § |
| Defendant. § |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Corey Smith, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this lawsuit be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record in this matter. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and his report is **ADOPTED**. An appropriate final judgment will be entered.

SIGNED at Beaumont, Texas, this 30th day of December, 2014.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE